SEALED

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

2025 OCT 21 PM 3: 04

OFFICE OF THE CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 8:25CR219 |
| Plaintiff, | |
| vs. | INDICTMENT<br>21 U.S.C. § 846 |
| YUREIDY ALVAREZ-BOSSBIN and<br>YORDANIS LEYVA-LOREZ, | 21 U.S.C. § 841(a)(1) & (b)(1)<br>21 U.S.C. § 853 |
| Defendants. | |

The Grand Jury charges that

### COUNT I

Beginning on or about May 28, 2025, and continuing to on or about July 29, 2025, in the District of Nebraska and elsewhere, the defendants, YUREIDY ALVAREZ-BOSSBIN and YORDANIS LEYVA-LOREZ, knowingly and intentionally combined, conspired, confederated and agreed together and with other persons known and unknown to the Grand Jury, to distribute 50 grams or more of methamphetamine (actual), its salts, isomers, and salts of its isomers, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1).

In violation of Title 21, United States Code, Section 846.

### COUNT II

On or about May 28, 2025, in the District of Nebraska, the defendant, YORDANIS LEYVA-LOREZ, did knowingly and intentionally distribute 50 grams or more of methamphetamine (actual), its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

1

In violation of Title 21, United States Code, Section 841(a)(1) and Title 21, United States Code, Section 841(b)(1).

## COUNT III

On or about July 29, 2025, in the District of Nebraska, the defendant, YUREIDY ALVAREZ-BOSSBIN, did knowingly and intentionally distribute 50 grams or more of methamphetamine (actual), its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1) and Title 21, United States Code, Section 841(b)(1).

## FORFEITURE ALLEGATION

1. The allegations contained in Counts I-III of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 21, United States Code, Section 853.

1. Pursuant to Title 21, United States Code, Section 853, upon conviction of an offense in violation of Title 21, United States Code, Section 841(a)(1), distribute and/or possess with intent to distribute 50 grams or more of methamphetamine (actual), Defendants YUREIDY ALVAREZ-BOSSBIN and YORDANIS LEYVA-LOREZ shall forfeit to the United States of America any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offense and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the offense. The property to be forfeited includes, but is not limited to:

    a. $1,363.00 United States currency seized from YORDANIS LEYVA-LOREZ on or about July 29, 2025;

  b. $3,162.00 United States currency seized from YUREIDY ALVAREZ-BOSSBIN on or about July 29, 2025;

  c. $3,500.00 United States currency seized from YORDANIS LEYVA-LOREZ and YUREIDY ALVAREZ-BOSSBIN on or about July 29, 2025;

2. If any of the property described above, as a result of any act or omission of Defendant(s):

  a. cannot be located upon the exercise of due diligence;

  b. has been transferred or sold to, or deposited with, a third party;

  c. has been placed beyond the jurisdiction of the court;

  d. has been substantially diminished in value; or

  e. has been commingled with other property which cannot be divided without difficulty;

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p).

In violation of Title 21, United States Code, Section 853.

A TRUE BILL.

FOREPERSON

The United States of America requests that trial of this case be held in Omaha, Nebraska, pursuant to the rules of this Court.

MARTIN J. CONBOY, IV
Assistant U.S. Attorney

3